IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MOSTAFA KATTAA,

      Plaintiff,                    No. CIV S-07-2501 LKK GGH PS

   vs.

MICHAEL CHERTOFF, et al.,

      Defendants.              <u>ORDER</u>

_____/

      Plaintiff has filed a "motion to dismiss petition for hearing on naturalization application under 8 U.S.C. § 1447(b)" as moot, which the court construes as a request to dismiss this action. Plaintiff's case ius dismissed by virtue of Fed. R. Civ. P. 41(a)(1).

DATED: 01/22/08

                                      /s/ Gregory G. Hollows

                                      UNITED STATES MAGISTRATE JUDGE

GGH:076
Kattaa2501.59.wpd

1